AO 91 (Rev. 02/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
in and for the

Western District of Texas

| | |
|---|---|
| United States of America | ) |
| vs. | ) |
| Alyssa BARRERA  A206 417 963 | ) |
| & | ) |
| Anna Patricia MENDOZA  A206 417 962 | ) Case Number: 5:14-MJ-136 |
| *Defendants* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of February 9, 2014, in the county of Frio, in the Western District of Texas, the defendant(s):

Knowing and in reckless disregard of the fact that an alien has come to, entered, and remains in the United States in violation of law, transported, and moved and attempted to transport and move such aliens for the purpose of commercial advantage or private financial gain to wit: Jose Enrique AGUADO-Mejia and Abel MEJIA-Morales, within the United States by means of transportation and otherwise, in furtherance of such violation of law, all in violation of Title 8 USC 1324 (a)(1)(A)(ii)(B)(i) and conspiracy to do so in violation of 8 USC 1324 (a)(1)(A)(ii)(B)(i)(d)(ii).

This criminal complaint is based on the following facts:
SEE  ATTACHED  AFFIDAVIT

*Complainant's signature*

Juan David Ortiz, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: February 10, 2014

*Judge's signature*

City and state: San Antonio, Texas

Honorable U.S. Magistrate Judge Henry J. Bemporad
*Printed name and title*

**Maximum Penalties:**
8 USC 1324 (a)(1)(A)(ii)(B)(i)- 10 years confinement, $250,000 Fine or both; 3 year supervised release; $100 mandatory special assessment

AFFIDAVIT

Being duly sworn, I declare that the following is true and correct to the best of my knowledge.

My name is Juan David Ortiz and I am a Border Patrol Agent with the United States Department of Homeland Security Customs and Border Protection, and I have been employed with the United States Border Patrol since August 2009. I am authorized by the United States Attorney General or his successor, the Secretary of Homeland Security, to enforce the Immigration laws and regulations of the United States or any other law or regulation designated by the Attorney General and/or his successor, the Secretary of Homeland Security.

On the evening of February 09, 2014, Border Patrol Agent Jacob Buentello was working his assigned Roving Patrol duties in a marked Border Patrol vehicle. Agent Buentello was monitoring traffic on Highway 85 when a maroon Chevrolet Impala followed closely by a black Chevrolet Impala passed his location traveling east towards Interstate Highway 35. As the maroon Impala passed, he noticed a baseball hat propped up against the rear driver-side window as if someone was lying down with his or her head against the door. As the black Impala passed, he saw a single female driver and what looked like three large subjects sitting cramped in the back seat. He decided to take a second look at the vehicles since Highway 85 is notoriously used by smugglers picking up illegal aliens.

As he approached the two Impalas, the black Impala accelerated and passed the maroon Impala. Agent Buentello requested a vehicle registration and a stolen vehicle check through KAK 940 on the maroon Chevrolet Impala bearing Texas license plate CF6 F289. KAK-940 advised that the vehicle was registered to a person whose initials are A.E.R. in Carrizo Springs, Texas and that it was not stolen.

Shortly after, Agent Buentello saw the black Impala pull into the Shell Gas Station in Dilley, Texas. The maroon Impala followed and parked near the front entrance of the store. Agent Buentello drove around the back of the store to follow the black Impala and saw several subjects jumping out of the car. When they noticed him, they all ran. The black Impala sped away towards IH 35. Agent Buentello was able to apprehend two subjects. He asked them why they ran and they said because they did not have papers. Agent Buentello asked if they were in the United States illegally to which they both replied yes. He placed them in the Border Patrol vehicle.

Agent Buentello then drove back to the front of the store and saw the maroon Impala still parked. Agent Buentello parked behind the vehicle and engaged his emergency lights. As he approached the maroon Impala, the driver (Alyssa Barrera) exited the store. Agent Buentello asked her if the vehicle was hers, and she replied yes. He asked if he could take a look inside the car, and she replied yes and opened the rear door. Agent Buentello saw three subjects lying down trying to hide. A total of four illegal aliens were in the maroon Impala. All subjects were arrested and transported to the Cotulla Border Patrol Station.

A short time later, Frio County Deputies were able to stop the black Impala at the 90 mile marker of IH 35. A Frio County Deputy issued the driver (Anna Mendoza) a citation for Possession of Marijuana under two ounces. Cotulla Agents arrived on scene and the female driver (Anna Mendoza) was arrested and transported to the Cotulla Border Patrol Station.

Two Material Witnesses provided written sworn statements acknowledging that they were illegal aliens from Mexico, and were paying to be smuggled into and within the United States. Each illegal alien got into a different one of the two described vehicles at a remote location after having walked a long time in the brush, and each identified the female who was the driver of each vehicle.

The facts show probable cause to believe that the DEFENDANT's, Alyssa BARRERA and Anna Patricia MENDOZA knowingly transported 6 illegal aliens in violation of Title 8, U.S. Code Section 1324 (a)(1)(A)(ii)(B)(i) and 8 USC 1324(a)(1)(A)(ii)(B)(i)(d)(ii).

_____
Juan David Ortiz
Border Patrol Agent
United States Border Patrol


Subscribed and sworn before me the 10th day of February 2014.

_____
United States Magistrate Judge
Honorable Henry J. Bemporad